UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U.S.A.,

        Plaintiff(s),

                                        Case No.  07-20411

vs.

                                        HON. GEORGE CARAM STEEH

D-1 TONY JAMEL LEE,

        Defendant(s).
_____/

## ORDER GRANTING ORAL MOTION TO WITHDRAW
## AND REQUEST FOR APPOINTED COUNSEL

After holding a hearing on April 29, 2009 on attorney Steven Scharg's oral motion to withdraw as attorney for defendant and with the defendant's concurrence, now therefore

IT IS ORDERED that Steven Scharg's oral motion to Withdraw is HEREBY GRANTED and defendant's request for appointed counsel is HEREBY GRANTED. The Federal Defender Office shall locate a panel attorney to represent the defendant. Sentencing is re-scheduled for **June 30, 2009 at 2:00 p.m.**

                                                        s/George Caram Steeh
                                                        GEORGE CARAM STEEH
                                                        United States District Judge

Dated: April 29, 2009