UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                    Case No. 07-20411

D-1 TONY JAMEL LEE,            HON. GEORGE CARAM STEEH

       Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION FOR THE
COURT TO DETERMINE THE QUANTITY OF CONTROLLED
SUBSTANCE BY A REASONABLE DOUBT STANDARD (#143)

      The court has reviewed defendant's motion and the government's response and finds the case law relied upon by defendant overruled by the decision in United States v Leachman 309 F. 3rd 377 (6th Cir. 2001).  Accordingly, the court DENIES defendant's motion.

Dated:  September 22, 2009

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 22, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk