UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 07-CR-20411
                                         HON. GEORGE CARAM STEEH

vs.


TONY JAMAL LEE,

       Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO ALLOW HIM TO LISTEN TO THE GOVERNMENT'S AUDIO RECORDINGS (#174)

This matter having come before this court and defendant having appeared for sentencing on this date,

IT IS ORDERED that defendant's motion to allow him to listen to the government's audio recordings is DENIED AS MOOT as the court did not rely on the government's audio recordings in determining defendant's sentence.

SO ORDERED.

Dated: May 20, 2010

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 20, 2010 by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk