UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Criminal Case No. 07-20411
                                              HON. GEORGE CARAM STEEH

vs.

TONY JAMEL LEE, D-1,

        Defendant.
_____/

ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY

The court has denied federal defendant Tony Lee's *pro se* motion brought under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Under Fed. R. App. P. 22, an appeal may not proceed absent a certificate of appealability (COA) issued under 28 U.S.C. § 2253. A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds no substantial showing of the denial of a constitutional right was made by Lee in these proceedings, and accordingly **DENIES** the issuance of a certificate of appealability.

      **IT IS SO ORDERED**.

Dated: May 2, 2014

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 2, 2014, by electronic and/or ordinary mail and also on Tony Jamel Lee #42176-039, Federal Correctional Institution, P. O. Box 6001, Ashland, KY 41105.

s/Barbara Radke
Deputy Clerk