UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,                   Criminal No. 07-20411

        v.                          HON. GEORGE CARAM STEEH

TONY JAMEL LEE D-1,

          Defendant.

_____/

ORDER DENYING DEFENDANT'S MOTION
FOR JUDICIAL RECOMMENDATION (Doc. 312)

     The court has reviewed defendant's motion for judicial recommendation (Doc. #312) and the government's response (Doc # 313)  As argued in the response, this court lacks jurisdiction to determine the location for confinement.  Accordingly, the court will defer to the Bureau of Prisons to determine the length of detention at any given placement.

     IT IS ORDERED that defendant's motion IS DENIED.

     IT IS SO ORDERED.

Dated:  October 5, 2016

                          s/George Caram Steeh_____
                          GEORGE CARAM STEEH
                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 5, 2016, by electronic and/or ordinary mail and also on Tony Jamel Lee #42176-039, FCI Milan, P. O. Box 1000, Milan, MI  48160.

s/Barbara Radke
Deputy Clerk